JAMES C. LENNY et al., Appellants, v. JONES & LAUGHLIN ORE COMPANY, Respondent.— Motion for reargument or in the alternative for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Brewster, Deyo, Bergan and Coon, JJ. [See 277 App. Div. 1063.]

■

In the Matter of the Claim of GERTRUDE S. AHERN, Respondent, against SOUTH BUFFALO RAILWAY COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument or in the alternative for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Brewster, Deyo, Bergan and Coon, JJ. [See 277 App. Div. 1067.]

■

In the Matter of the Claim of BERDIE OLINSKY, Respondent, against TRADE BINDERY CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument or in the alternative for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Brewster, Deyo, Bergan and Coon, JJ. [See ante, p. 596.]

■

In the Matter of FRED L. BARBER, Appellant, against CLIFFORD LAMPMAN et al., Constituting the Board of Fire Commissioners of Midway Fire District of the Town of Colonie, Albany County, Respondents.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Brewster, Deyo, Bergan and Coon, JJ. [See ante, p. 600.]

■

FREDERICK BRADLEY, Appellant, v. LUBERN E. PLAISTED et al., Doing Business under the Name of L. E. PLAISTED & SONS, et al., Respondents, et al., Defendants.— Motion for leave to appeal to the Court of Appeals upon a certified question of law denied, with $10 costs. Present — Foster, P. J., Brewster, Deyo, Bergan and Coon, JJ. [See 277 App. Div. 620.]

■

EVA M. MILLER, as Administratrix of the Estate of BERTIE L. MILLER, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Foster, P. J., Brewster, Deyo, Bergan and Coon, JJ. [See ante, p. 628.]

■

KENNETH E. TYLER, as Guardian ad Litem for KENNETH A. TYLER, an Infant, Respondent, v. WAYNE McCLURE et al., Appellants. KENNETH E. TYLER, Respondent, v. WAYNE McCLURE et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Brewster, Deyo, Bergan and Coon, JJ. [See ante, p. 606.]

■

In the Matter of the Construction of the Will of ROSE G. KEELER, Deceased. JOHN M. KEELER, Appellant; GAYNOR KEELER, Individually and as Trustee under the Will of ROSE G. KEELER, Deceased, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Brewster, Deyo, Bergan and Coon, JJ. [See ante, p. 614.]